**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **JESSICA PALMER,** Administratrix of the Estate of **DANIEL LEE RANEY**, <br><br> Plaintiff, <br><br> vs. <br><br> **BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; BRIDGESTONE AMERICAS FLEET OPERATIONS, LLC; BRIDGESTONE AMERICAS, INC.; GCR TIRE & SERVICE;** and **ROBERT L. KECK,** <br><br> Defendants. | CIVIL ACTION NO. 3:19-cv-114 |

# FILED UNDER SEAL

## *CONFIDENTIAL*

# EXHIBIT 3